IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES ex rel. MARTIN FLANAGAN, | * | |
| | * | |
| Plaintiff-Relator, | * | |
| v. | | Civil Action No. GLR-14-665 |
| | * | |
| FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, | * | |
| | * | |
| Defendant. | * | |
| | *** | |

# **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 30th day of September, 2021, by the United States District Court for the District of Maryland, hereby:

ORDERED that Defendant Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America's Motion to Transfer (ECF No. 57) is GRANTED; and

IT IS FURTHER ORDERED that the Clerk TRANSFER this case to the United States District Court for the District of Massachusetts.

/s/
_____
George L. Russell, III
United States District Judge